IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PILGRIM CONSTRUCTION CO., LLC                                    PLAINTIFF

versus                                            Civil Action No. 5:15-cv-87-DCB-MTP

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA and CATLIN SPECIALTY
INSURANCE COMPANY                                                DEFENDANTS

**ORDER GRANTING**
**UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**
**CATLIN SPECIALTY INSURANCE COMPANY**

THIS DAY CAME ON TO BE HEARD the Unopposed Motion of Plaintiff, Pilgrim Construction Co., LLC ("Pilgrim"), to Dismiss the Defendant, Catlin Specialty Insurance Company ("Catlin"), with Prejudice, and the Court, after having maturely considered the Motion and finding that Pilgrim and Catlin have reached a settlement agreement which resolves all of Pilgrim's claims against Catlin in this action, finds that such Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Catlin Specialty Insurance Company is hereby dismissed with prejudice from this action, with Pilgrim Construction Co., LLC and Catlin Specialty Insurance Company to bear their own costs.

SO ORDERED this the  22nd   day of January   , 2016.


 s/David Bramlette
HONORABLE DAVID BRAMLETTE, III,
U. S. DISTRICT JUDGE